**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00543-CV**

———————————

**DAN JONES, Appellant**

**V.**

**ANDRE CASTRO AND SIENNA ROOFING LLC, Appellees**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCV-289316**

## MEMORANDUM OPINION

The parties have filed a joint agreed motion for disposition pursuant to a settlement agreement. They request that, pursuant to Rule 42.1(a)(2)(B), we render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a(2)(B).

We construe this as a motion to set aside the trial court's judgment and to remand to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

As construed, we **grant** the motion and **set aside** the trial court's judgment without regard to the merits and **remand** to the trial court for rendition of judgment in accordance with the parties' agreement.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.